IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHNMICHAEL SANTIAGO,

Defendant.

23-CR-6178 FPG

**INFORMATION**
(Felony)

**Violations:**
18 U.S.C. §§ 231(a)(3),
111(a)(1), and 111(b)

(3 Counts)

## COUNT 1

**(Civil Disorder)**

**The United States Attorney Charges That:**

On or about September 5, 2020, in the Western District of New York, the defendant, **JOHNMICHAEL SANTIAGO,** did commit, and attempt to commit, an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, or adversely affected commerce and the movement of any article and commodity in commerce.

**All in violation of Title 18, United States Code, Section 231(a)(3).**

## COUNT 2

**(Assaulting a Federal Officer)**

**The United States Attorney Further Charges That:**

On or about February 28, 2023, in the Western District of New York, the defendant, **JOHNMICHAEL SANTIAGO**, did willfully and forcibly assault, resist, oppose, impede, intimidate, and interfere with J.M., a person known to the United States Attorney, a deputy sheriff at the Livingston County Jail, such acts involving physical contact with J.M., while J.M. was engaged in and on account of the performance of his official duties and while

assisting officers of the United States Marshals Service in the performance of their official duties and on account of that assistance.

    **All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).**

## COUNT 3

**(Assaulting a Federal Officer)**

**The United States Attorney Further Charges That:**

On or about February 28, 2023, in the Western District of New York, the defendant, **JOHNMICHAEL SANTIAGO**, did willfully and forcibly assault, resist, oppose, impede, intimidate, and interfere with D.K., a person known to the United States Attorney, a deputy sheriff at the Livingston County Jail, such acts involving physical contact with D.K., while D.K. was engaged in and on account of the performance of his official duties and while assisting officers of the United States Marshals Service in the performance of their official duties and on account of that assistance.

    **All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).**

DATED: Rochester, New York, May 16, 2024.

                                        TRINI E. ROSS
                                        United States Attorney
                                        Western District of New York

BY:   /s/ Charles E. Moynihan
       CHARLES E. MOYNIHAN
       Assistant U.S. Attorney
       United States Attorney's Office
       Western District of New York
       100 State Street, Suite 500
       Rochester, New York 14614
       (585) 399-3971
       Charles.Moynihan@usdoj.gov